141 A.3d 436

Faithlee BROWN; and Joseph Hoang and Kenneth Rothweiler, Esq., Co-Administrators of the Estate of Son Thi Thanh Hoang, Deceased and Hiren Patel, Gustav Frederiksen, Brandon Osborn, Elora Lencoski, Barbara Yeager-Doyle, William Koomson, FNU Saifullah, Keith Pressman, Charles Reid, Michael Ketchpaw, Suraj Balakrishnan and Ahmed Aljahmi

v.

GREYHOUND LINES, INC., Sabrina Anderson, FirstGroup America, C.A.V. Enterprises, LLC, Akos Gubica and Karoly Gubica.

Petition of Greyhound Lines, Inc. and Sabrina Anderson.

Manaja Livingston, Darren Shin, Rosaura Sanchez, Hector Amado Sanchez, Rosa Maria Tapia, Semen Babadzhanov and Tatiana Liakh

v.

Greyhound Lines, Inc., Sabrina Anderson, FirstGroup America, C.A.V. Enterprises, LLC, Akos Gubica and Karoly Gubica.

Petition of Greyhound Lines, Inc. and Sabrina Anderson.

Faithlee Brown; and Joseph Hoang and Kenneth Rothweiler, Esq., Co-Administrators of the Estate of Son Thi Thanh Hoang, Deceased and Hiren Patel, Gustav Frederiksen, Brandon Osborn, Elora Lencoski, Barbara Yeager-Doyle, William Koomson, FNU Saifullah, Keith Pressman, Charles Reid, Michael Ketchpaw, Suraj Balakrishnan and Ahmed Aljahmi

v.

Greyhound Lines, Inc., Sabrina Anderson, FirstGroup America, C.A.V. Enterprises, LLC, Akos Gubica and Karoly Gubica.

Petition of Greyhound Lines, Inc. and Sabrina Anderson.

Manaja Livingston, Darren Shin, Rosaura Sanchez, Hector Amado Sanchez, Rosa Maria Tapia, Semen Babadzhanov and Tatiana Liakh

v.

Greyhound Lines, Inc., Sabrina Anderson, FirstGroup America, C.A.V. Enterprises, LLC, Akos Gubica and Karolly Gubica.

Appeal of Greyhound Lines, Inc. and Sabrina Anderson.

Joseph Hoang and Kenneth Rothweiler, Esquire, Co–Administrators of the Estate of Son Thi Thanh Hoang, Deceased, and Faithlee Brown, FNU Saifullah and Keith Pressman and Charles Reid and Michael Ketchpaw and Suraj Balakrishnan And Ahmed Aljahmi and Hiren Patel and Eric Kjellerstedt and Gustav Frederiksen And Barbara Yeager–Doyle and Brandon Osborn And Elora Lencoski and William Koomson and Gloria Koomson, H/W

v.

Greyhound Lines, Inc. and Sabrina Anderson and FirstGroup America and C.A.V. Enterprises, Inc. and Akos Gubica And Karoly Gubica.

Petition of Greyhound Lines, Inc. and Sabrina Anderson.

Joseph Hoang and Kenneth Rothweiler, Esquire, Co–Administrators of the Estate of Son Thi Thanh Hoang, Deceased, and Faithlee Brown and FNU Saifullah and Keith Pressman and Charles Reid and Michael Ketchpaw and Suraj Balakrishnan and Ahmed Aljahmi and Hiren Patel and Eric Kjellerstedt and Gustav Frederiksen and Barbara Yeager–Doyle and Brandon Osborn and Elora Lencoski and William Koomson and Gloria Koomson, H/W

v.

Greyhound Lines, Inc. and Sabrina Anderson and FirstGroup America

v.

C.A.V. Enterprises, Inc. and Akos Gubica and Karoly Gubica.

Petition of Greyhound Lines, Inc. and Sabrina Anderson.

Manaja Livingston, Daren Shin, Rosaura Sanchez, Hector Amado Sanchez, Rosa Maria Tapia, Semen Babadzhanov, Tatiana Liakh

v.

Greyhound Lines, Inc. and Sabrina Anderson and FirstGroup America and C.A.V. Enterprises, LLC, Akos Gubica and Karoly Gubica.

Petition of Greyhound Lines, Inc. and Sabrina Anderson.

Joseph Hoang and Kenneth Rothweiler, Esquire, Co–Administrators of the Estate of Son Thi Thanh Hoang, Deceased, and Faithlee Brown, FNU Saifullah, Keith Pressman, Charles Reid,

Michael Ketchpaw, Suraj Balakrishnan, Ahmed Aljahmi, Hiren Patel, Eric Kjellerstedt, Gustav Frederiksen, Barbara Yeager-Doyle, Brandon Osborn, Elora Lencoski, William Koomson and Gloria Koomson, H/W

v.

Greyhound Lines, Inc. and Sabrina Anderson and FirstGroup America C.A.V. Enterprises, Inc., Akos Gubica, Karoly Gubica.

Petition of Greyhound Lines, Inc. and Sabrina Anderson.

Joseph Hoang and Kenneth Rothweiler, Esquire, Co-Administrators of the Estate of Son Thi Thanh Hoang, Deceased, and Faithlee Brown, FNU Saifullah, Keith Pressman, Charles Reid, Michael Ketchpaw, Suraj Balakrishnan, Ahmed Aljahmi, Hiren Patel, Eric Kjellerstedt, Gustav Frederiksen, Barbara Yeager-Doyle, Brandon Osborn, Elora Lencoski, William Koomson and Gloria Koomson, H/W

v.

Greyhound Lines, Inc. and Sabrina Anderson and FirstGroup America C.A.V. Enterprises, Inc., Akos Gubica, Karoly Gubica.

Petition of Greyhound Lines, Inc. and Sabrina Anderson.

Supreme Court of Pennsylvania.

July 6, 2016.

## ORDER

PER CURIAM.

AND NOW, this 6th day of July, 2016, the Emergency Application for Stay is **DENIED**.